# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2018

## NO. 03-17-00491-CV

## In the Matter of D. L.

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order of transfer signed by the trial court on June 14, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order of transfer. Therefore, the Court affirms the trial court's order of transfer. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.